AO 458 (Rev. 10/95) Appearance

# United States District Court

*District of Rhode Island*

United States of America

v.

ISMAEL GOMEZ

APPEARANCE

CASE NUMBER: 1:05M113A

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I hereby enter my appearance on behalf of the defendant, Ismael Gomez

I certify that I am admitted to practice in this court.

September 9, 2005
*Date*

Thomas R DeSimone
*Signature*

Thomas R. DeSimone 2420
*Print Name* *Bar Number*

735 Smith St
*Address*

Providence, RI 02908
*City* *State* *Zip Code*

454-1400 454-1401
*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.