AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

United States of America

v.

Ismael Gomez

APPEARANCE

CASE NUMBER: CR 05-108-02S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I hereby enter my appearance on behalf of the Defendant, Ismael Gomez.

I certify that I am admitted to practice in this court.

October 17, 2005
*Date*

[signature]
*Signature*

Thomas R. DeSimone 2420
*Print Name* *Bar Number*

735 Smith St.
*Address*

Providence, RI 02908
*City* *State* *Zip Code*

401-454-1400 401-454-1402
*Phone Number* *Fax Number*

was electronically produced by John Eichells and Richard Jones using Omniform Internet Publisher.