IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-108S |
| vs. | ) | |
| | ) | |
| ISMAEL GOMEZ | ) | |

**MOTION FOR AN EXTENSION OF TIME WITHIN WHICH TO COMPLY WITH PRETRIAL SCHEDULING ORDER**

Comes now the United States of America, by and through its attorneys, Robert Clark Corrente, United States Attorney, and Adi Goldstein, Assistant United States Attorney, and requests an extension of time until December 9, 2005, to comply with this Court's Order regarding recorded conversations for reasons stated in the accompanying Memorandum.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar 6701

## CERTIFICATION OF SERVICE

I hereby certify that on December 6, 2005, I shall hand-deliver, a copy of the within Motion For an Extension of Time of One Day Within Which to Comply with Pretrial Scheduling Order, along with its accompanying Memorandum, to the following:

Thomas R. DeSimone
735 Smith Street
Providence, Rhode Island 02908

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CR. No. 05-108S |
| vs. | ) | |
| | ) | |
| ISMAEL GOMEZ | ) | |

**MEMORANDUM IN SUPPORT OF**
**MOTION FOR AN EXTENSION OF TIME**
**WITHIN WHICH TO COMPLY**
**WITH PRETRIAL SCHEDULING ORDER**

This Court's Pretrial Scheduling Order required the government and defense counsel to provide the Court and opposing counsel transcripts of those portions of recorded conversations the party intends to introduce at trial on or before November 22, 2005. The government has approximately four brief recordings which it intends to introduce. These recordings and transcripts have already been provided to defense counsel. They are each only a minute to three minutes long. Transcripts of all the telephone conversations have been prepared. However, a verbatim transcript of the video recording is still in the process of being prepared by the Drug Enforcement Administration. I expect to have a transcript of the portion of the videotape that the government will offer at trial ready by Thursday, December 9, 2005. The recording is expected to last no more that five minutes.

A copy of the redacted telephone conversation transcripts and the log required by the Court is attached hereto. Once the redacted transcript of the videotape has been prepared, it will be hand-delivered to counsel and to the court.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney
RI Bar 6701

CERTIFICATION OF SERVICE

I hereby certify that on December 6, 2005, I shall hand-deliver, a copy of the within Motion For an Extension of Time of One Day Within Which to Comply with Pretrial Scheduling Order, along with its accompanying Memorandum, to the following:

Thomas R. DeSimone
735 Smith Street
Providence, Rhode Island 02908