IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR. No. 05-108S
vs. )
)
ISMAEL GOMEZ )

LOG OF RECORDED CONVERSATIONS

| No. | Date | Participants | Approximate duration | |
|---|---|---|---|---|
| 1 | September 6, 2005. | Rafael Santos<br>CS | 1-2 minutes | (audio) |
| 2. | September 7, 2005 | Rafael Santos<br>CS | 1-2 minutes | (audio) |
| 3. | September 8, 2005 | Rafael Santos<br>CS | 1-2 minutes | (audio) |
| 4. | September 8, 2005 | Rafael Santos<br>CS | 3-4 minutes | (video and audio) |

Transcripts of Nos. 1-3 are attached. A summary transcript (as opposed to a verbatim transcript which is currently being prepared) of No. 4 is attached.

Respectfully submitted,

UNITED STATES OF AMERICA

By its attorneys,

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

## CERTIFICATION OF SERVICE

I hereby certify that on December 6, 2005, I shall hand-deliver, a copy of the within Log and Transcripts, to the following:

Thomas R. DeSimone
735 Smith Street
Providence, Rhode Island 02908

No. 1



| | | | |
|---|---|---|---|
| | [TIMBRE TELEFÓNICO] | | [TELEPHONE RINGS] |
| RAFAEL: | *Hello.* | RAFAEL: | Hello. |
| CS: | *Hello.* | CS: | Hello. |
| RAFAEL: | Sí. | RAFAEL: | Yeah. |
| CS: | ¿[I/I] listo? | CS: | [U/I] ready? |
| RAFAEL: | Sí. | RAFAEL: | Yeah. |
| CS: | ¿Me averiguó cómo, cómo... cuánto es que me sale la vaina? | CS: | Did you find out how, how... how much the stuff is going to cost me? |
| RAFAEL: | Sí. | RAFAEL: | Yeah. |
| CS: | ¿Cómo? | CS: | How much? |
| RAFAEL: | Seis ocho. | RAFAEL: | Six eight. |
| CS: | ¿Seis ocho? | CS: | Six eight? |
| RAFAEL: | Sí. | RAFAEL: | Yeah. |
| CS: | OK. OK. Hagamos una cosa: El... el... el amigo mío va a bajar el jueves en la tarde. Entonces para que me... me... lo hagamos el viernes en la mañana, entonces. | CS: | OK. OK. Let's do this: My... my... my friend is going to come down Thursday afternoon. So that you can... you... we can do it Friday morning, then. |
| RAFAEL: | No hay problema. Usted me llama; llámeme con tiempo. | RAFAEL: | No problem. Call me; call me with plenty of time. |
| CS: | No, por eso. No, para que me lo tenga listo por allí a las 11:00 de la mañana. | CS: | Yeah, right. Yeah, so you can have that ready for me at around 11:00 in the morning. |
| RAFAEL: | No hay problema. | RAFAEL: | No problem. |

No. 2



[NO SONIDOS TELEFÓNICOS]

[GRABACIÓN: *Please hold.*]

[TIMBRE TELEFÓNICO]

RAFAEL: *Hello.*

CS: Aló, Rafaelito.

RAFAEL: Sí.

CS: Oiga, hijo.

RAFAEL: Dígamelo.

[VOCES ENTRECRUZADAS]

CS: Lo esta... lo estaba llamando porque ese señor me llamó [I/I] si podía pasar mañana por la mañana por las cosas.

RAFAEL: No hay problema.

CS: Mire, porque, sí, yo no puedo perder tiempo de mi trabajo, man. Usted sabe que estoy trabajando. Entonces, yo... yo...

[VOCES ENTRECRUZADAS]

RAFAEL: Tiene que darme la... tiene que darme la hora [I/I] para yo tenerle eso *ready*. Y...

[VOCES ENTRECRUZADAS]

CS: A las 11:00 de la mañana voy a pasar por su casa.

[NO TELEPHONE SOUNDS]

[RECORDING: Please hold.]

[TELEPHONE RINGS]

RAFAEL: Hello.

CS: Hello, Rafaelito.

RAFAEL: Yeah.

CS: Hey, man.

RAFAEL: Talk to me.

[VOICES OVERLAP]

CS: I was... I was calling you because that man called me [U/I] if I could stop by for the things tomorrow morning.

RAFAEL: No problem.

CS: Look, because, yeah, I can't waste time from my work, man. You know I'm working. So, I... I...

[VOICES OVERLAP]

RAFAEL: You have to give me... you have to give me the time [U/I] so I can have that ready for you. And...

[VOICES OVERLAP]

CS: I'll stop by your house at 11:00 in the morning.

| | | | |
|---|---|---|---|
| RAFAEL: | ¿Y qué cantidad? | RAFAEL: | And how much? |
| CS: | Son 100. | CS: | It's 100. |
| RAFAEL: | No hay problema. | RAFAEL: | No problem. |
| CS: | O... A las 11:00 de la mañana llego a su casa. | CS: | Or... I'll be at your house at 11:00 in the morning. |
| RAFAEL: | Bueno. No [I/I] usted me [I/I] Llámeme mejor temprano. Cuando esta gente [I/I] usted me llama, porque usted sabe que uno no puede andar rogando, con... con... con [I/I] | RAFAEL: | OK. No [U/I] you [U/I] It's better if you call me early. When these people [U/I] you call me, because you know I can't go begging, with... with... with [U/I] |
| CS: | OK. Entonces, vamos a hacer una cosa, yo lo voy a llamar a usted a las 10:30, pa... pa... a ver adónde... adónde nos vemos, ¿OK? | CS: | OK. Then let's do this, I'll call you at 10:30 to... to... to see where... where we'll meet, OK? |
| RAFAEL: | Oiga, llámeme cuando haiga una seguridad. | RAFAEL: | Hey, call me when it's for sure. |
| CS: | No, no, yo estoy seguro ya. Yo ya tengo el dinero y todo. | CS: | No, no, I'm already sure. I've already got the money and everything. |
| RAFAEL: | No, pues, si usted tiene el dinero, la vaina es diferente. ¿Me entiende? | RAFAEL: | Oh, uh, if you have the money, that's different. Know what I mean? |
| CS: | Por eso. | CS: | Exactly. |
| RAFAEL: | | RAFAEL: | |
| CS: | | CS: | |
| RAFAEL: | | RAFAEL: | |
| CS: | | CS: | |

No. 3



[RECORDING BEGINS]

[DIAL TONE]

UNKNOWN: Testing, testing, testing, testing.

CS: [SIGHS]

| | | | |
|---|---|---|---|
| | [TIMBRE TELEFÓNICO] | | [TELEPHONE RINGS] |
| CS: | [APARTE: [SUSURRA: *Shut it down.*]] | CS: | [ASIDE: [WHISPERS: Shut it down.]] |
| RAFAEL: | *Hello.* | RAFAEL: | Hello. |
| CS: | Dígamelo. | CS: | Go ahead. |
| RAFAEL: | *Hello,* papá. | RAFAEL: | Hello, man. |
| CS: | No, pues, yo lo estaba esperando, ¿verdad? porque estoy trabajando. | CS: | No, uh, I've been waiting for you, right? because I'm at work. |
| RAFAEL: | Oh, pues... | RAFAEL: | Oh, well... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CS: | Y... | CS: | And... |
| RAFAEL: | ...yo lo estoy esperando a usted... | RAFAEL: | ...I've been waiting for you... |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CS: | Por... | CS: | Right... |
| RAFAEL: | ...desde temprano. | RAFAEL: | ...since early this morning. |
| CS: | ...por eso. No, sí, ¿ya... ya está todo listo? ¿Me tiene eso allá listo? | CS: | ...right. No, yeah, do... do you have everything ready? Is that ready for |

| | | | |
|---|---|---|---|
| | | | me there? |
| RAFAEL: | Claro. | RAFAEL: | Of course. |
| CS: | OK. En diez minutos estoy allí. Voy... voy a estar en... en el... en la... en el salón porque me [I/I] a veces del *highway*, ¿oyó? | CS: | OK. I'll be there in ten minutes. I'm... I'm going to be at... at the... at the... at the salon because I [U/I] from the highways sometimes, you know? |
| RAFAEL: | Oh, pues, no, [I/I] 20 entonces. | RAFAEL: | Oh, well, no, [U/I] 20 then. |
| CS: | ¿Qué, en 20 minutos? | CS: | What, in 20 minutes? |
| RAFAEL: | Sí. | RAFAEL: | Yeah. |
| CS: | OK. En 20 minutos estoy allí. No me haga esperar, Rafael, porque yo estoy en tiempo de mi lonche. | CS: | OK. I'll be there in 20 minutes. Don't make me wait, Rafael, because I'm on my lunch break. |
| RAFAEL: | Ya, [TARTAMUDEA] el... el tiempo de lonche [I/I] pero ¿usted está con los... con los numeritos allí? | RAFAEL: | Yeah, [STUTTERS] the... the lunch break [U/I] but do you have the... the numbers there? |
| CS: | Sí, sí, yo... yo ten... yo tengo todo listo para usted, pero entonces, ah, usted... consígame lo suyo. | CS: | Yeah, yeah, I've... I've g... I've got everything ready for you, but so, uh you... get me your part. |
| RAFAEL: | No, no, con usted [I/I] | RAFAEL: | No, no, with you [U/I] |
| | [VOCES ENTRECRUZADAS] | | [VOICES OVERLAP] |
| CS: | Usted sabe que conmigo no hay problema por el dinero, hermano. | CS: | You know the money's not a problem with me, man. |
| RAFAEL: | No, no, no, no, está bien. Estoy dando y dando. | RAFAEL: | No, no, no, no, that's fine. I'm working on it. |
| CS: | Ajá. | CS: | Uh-huh. |

| | | | |
|---|---|---|---|
| RAFAEL: | OK. | RAFAEL: | OK. |
| CS: | OK, pues, allá en 20 minu... | CS: | OK, well, in 20 minu... |
| | [SE DESCONECTA LA LLAMADA] | | [CALL DISCONNECTED] |

NO. 4



[RECORDING BEGINS]

00:00:00

00:21:00

00:28:47

00:31:05

00:32 :07

00:40:54

00:43:14

00:45:24

00:48:22 CS complains to Rafael about Rafael's friend taking too long. Rafael says that it (not specified) was close to Rafael's home. Rafael says that he told the guy to go there and bring it to the salon. CS says that if Rafael would have told him, CS would have gone to Rafael's home. Rafael says that CS told Rafael that CS was coming to 18th. Rafael says he would have gone up there to get it today if CS would have told him where CS was going to be. CS says that it is just that they changed his scheduled at work. Rafael asks CS if there's work for Rafael there. CS and Rafael talk about work and about a fat American blond.

00:49:53 CS asks Rafael if Rafael bought the building. Rafael replies positively. CS asks how much they sold it for. Rafael gives an unintelligible response. CS says that 500.000 dollars is a lot of money. Rafael says that now they would give him eight. CS clarifies that it's 800.000.

00:50:18 CS asks how much they gave as a down payment. CS asks if they put 250 as a down

payment and if the house is paid for. Unintelligible reply. CS tells Rafael that Rafael is a millionaire. CS tells Rafael that Rafael is getting to a millionaire like Rafael's brother. Unintelligible conversation. Rafael and CS talk about women. Rafael tells CS that CS has the best of everything because they're in New York and all CS has to do is spend and drink less. Rafael tells CS to stop drinking and to save his money. CS says that what he wants get two cars. CS says he wants a truck to make deliveries. CS and Rafael continue to talk about cars.

00:51:46 CS tells Rafael to call the guy. Rafael says that he's already on his way. CS and Rafael talk about a blue diesel vehicle that runs for about 15 days on 20 pesos of gas. Unintelligible conversation. CS say that he doesn't have that kind of money right now. Rafael tells CS to save his money. Rafael tells CS that he knows that CS gets 300 pesos and he spends 350 on women and drinking. Rafael and CS continue to talk about women.

00:52:54 CS says that he wants to become a citizen first. CS asks Rafael if he is a citizen. Rafael denies it. Rafael asks CS if CS doesn't want a woman who is responsible. CS says that what he wants is to work to save money.

00:53:24 CS complains that it's nighttime already. CS says that he will leave and come back later.

00:54:48 CS calls Joe and reports that Rafael is waiting for his friend because the materials are at Rafael's house. Unintelligible conversation. CS tells Joe that he will call him later. Unintelligible conversation.

01:00:08

01:04:40

01:07:43

01:08:01

[redacted]